IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and BMG MUSIC, a New York general partnership, <br><br> Plaintiffs, <br><br> vs. <br><br> JOHN SANCHEZ, <br><br> Defendant. | § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. **3-06CV1376-G** |



## PLAINTIFFS' COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiffs, by their attorneys, complain of the Defendant, and would show:

### JURISDICTION AND VENUE

1.   This is a civil action seeking damages and injunctive relief for copyright infringement under the copyright laws of the United States (17 U.S.C. §101 et seq.).

2.   This Court has jurisdiction under 17 U.S.C. § 101 *et seq.*; 28 U.S.C. §1331 (federal question); and 28 U.S.C. §1338(a) (copyright).

3.   This Court has personal jurisdiction over the Defendant, and venue in this District is proper under 28 U.S.C. § 1391(b) and 28 U.S.C. § 1400(a), in that the Defendant resides in this District, and the acts of infringement complained of herein occurred in this District.

## PARTIES

4. Plaintiff Elektra Entertainment Group Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

5. Plaintiff Warner Bros. Records Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

6. Plaintiff Capitol Records, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

7. Plaintiff Virgin Records America, Inc. is a corporation duly organized and existing under the laws of the State of California, with its principal place of business in the State of New York.

8. Plaintiff UMG Recordings, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

9. Plaintiff SONY BMG MUSIC ENTERTAINMENT is a Delaware general partnership, with its principal place of business in the State of New York.

10. Plaintiff Arista Records LLC is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

11. Plaintiff BMG Music is a general partnership duly organized and existing under the laws of the State of New York, with its principal place of business in the State of New York.

12. Plaintiffs are informed and believe that Defendant is an individual residing in this District.

## COUNT I
## INFRINGEMENT OF COPYRIGHTS

13. Plaintiffs incorporate herein by this reference each and every allegation contained in each paragraph above.

14. Plaintiffs are, and at all relevant times have been, the copyright owners or licensees of exclusive rights under United States copyright with respect to certain copyrighted sound recordings (the "Copyrighted Recordings"). The Copyrighted Recordings include but are not limited to each of the copyrighted sound recordings identified in Exhibit A attached hereto, each of which is the subject of a valid Certificate of Copyright Registration issued by the Register of Copyrights. In addition to the sound recordings listed on Exhibit A, Copyrighted Recordings also include certain of the sound recordings listed on Exhibit B which are owned by or exclusively licensed to one or more of the Plaintiffs or Plaintiffs' affiliate record labels, and which are subject to valid Certificates of Copyright Registration issued by the Register of Copyrights.

15. Among the exclusive rights granted to each Plaintiff under the Copyright Act are the exclusive rights to reproduce the Copyrighted Recordings and to distribute the Copyrighted Recordings to the public.

16. Plaintiffs are informed and believe that Defendant, without the permission or consent of Plaintiffs, has used, and continues to use, an online media distribution system to download the Copyrighted Recordings, to distribute the Copyrighted Recordings to the public, and/or to make the Copyrighted Recordings available for distribution to others. In doing so, Defendant has violated Plaintiffs' exclusive rights of reproduction and distribution. Defendant's actions constitute infringement of Plaintiffs' copyrights and exclusive rights under copyright.

17. Plaintiffs have placed proper notices of copyright pursuant to 17 U.S.C. § 401 on each respective album cover of each of the sound recordings identified in Exhibit A. These notices of copyright appeared on published copies of each of the sound recordings identified in Exhibit A. These published copies were widely available, and each of the published copies of the sound recordings identified in Exhibit A was accessible by Defendant.

18. Plaintiffs are informed and believe that the foregoing acts of infringement have been willful and intentional, in disregard of and with indifference to the rights of Plaintiffs.

19. As a result of Defendant's infringement of Plaintiffs' copyrights and exclusive rights under copyright, Plaintiffs are entitled to statutory damages pursuant to 17 U.S.C. § 504(c) for Defendant's infringement of each of the Copyrighted Recordings. Plaintiffs further are entitled to their attorneys' fees and costs pursuant to 17 U.S.C. § 505.

20. The conduct of Defendant is causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiffs great and irreparable injury that cannot fully be compensated or measured in money. Plaintiffs have no adequate remedy at law. Pursuant to 17 U.S.C. §§ 502 and 503, Plaintiffs are entitled to injunctive relief prohibiting Defendant from further infringing Plaintiffs' copyrights, and ordering Defendant to destroy all copies of sound recordings made in violation of Plaintiffs' exclusive rights.

For these reasons, Plaintiffs pray for judgment against Defendant as follows:

1. For an injunction providing:

"Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the Copyrighted Recordings and any sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (*i.e.*, download) any of Plaintiffs' Recordings, to distribute (*i.e.*, upload) any of Plaintiffs' Recordings, or to

make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control."

2. For statutory damages for each infringement of each Copyrighted Recording pursuant to 17 U.S.C. Section 504.

3. For Plaintiffs' costs in this action.

4. For Plaintiffs' reasonable attorneys' fees incurred herein.

5. For such other and further relief, either at law or in equity, general or special, to which they may be entitled.

Respectfully submitted,

DATED: August 1, 2006      By: _____
Stacy R. Obenhaus
State Bar No. 15161570
Lisa L. Honey
State Bar No. 24048550
Gardere Wynne Sewell LLP
3000 Thanksgiving Tower
1601 Elm Street
Dallas, TX 75201-4761
Phone: (214) 999-3000
Fax: (214) 999-4667
sobenhaus@gardere.com
lhoney@gardere.com

ATTORNEYS FOR PLAINTIFFS

OF COUNSEL:

Geoffrey H. Bracken
State Bar No. 02809750
Gardere Wynne Sewell LLP
1000 Louisiana, Suite 3400
Houston, Texas 77002-5007
Telephone: 713-276-5555

# EXHIBIT A

## JOHN SANCHEZ

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | The Cars | Just What I Needed | Cars | 4-128 |
| Warner Bros. Records Inc. | Dire Straits | Walk of Life | Brothers In Arms | 63-040 |
| Warner Bros. Records Inc. | Fleetwood Mac | Dreams | Rumours | N39857 |
| Capitol Records, Inc. | Billy Idol | Rebel Yell | Rebel Yell | 52-131 |
| Capitol Records, Inc. | Poison | I Want Action | Look What the Cat Dragged In | 82-349 |
| Virgin Records America, Inc. | Human League | Don't You Want Me | Dare | 34-729 |
| UMG Recordings, Inc. | Elton John | Blue Eyes | Jump Up | 35-166 |
| UMG Recordings, Inc. | Godsmack | Bad Religion | Godsmack | 241-879 |
| SONY BMG MUSIC ENTERTAINMENT | Bruce Springsteen | Glory Days | Born In The U.S.A. | 55-647 |
| SONY BMG MUSIC ENTERTAINMENT | Sade | Cherish The Day | Love Deluxe | 183-731 |
| Arista Records LLC | Outkast | Red Velvet | Stankonia | 306-741 |
| BMG Music | Clint Black | Nothin' But the Taillights | Nothin' But the Taillights | 236-258 |

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| candymanjas@KaZaA | The Prodigy_03_Wind it up.mp3 | The Prodigy | 4,318KB | Audio |
| candymanjas@KaZaA | BRIAN FERRY - Avalon [Roxy Music].mp3 | Bryan Ferry | 4,990KB | Audio |
| candymanjas@KaZaA | Paige Richards_Misty mundae (My Vampire Lover).mpg | porn | 28,702KB | Video |
| candymanjas@KaZaA | tangerine dream - guido the killer pimp.mp3 | Tangerine Dream | 4,078KB | Audio |
| candymanjas@KaZaA | qa.jpg | Nudist | 41KB | Image |
| candymanjas@KaZaA | Information Society - Pure Energy.mp3 | Information Society | 3,771KB | Audio |
| candymanjas@KaZaA | Audio - Alternative Rock.kpl | Unknown | 0KB | Audio |
| candymanjas@KaZaA | kazaa300_en.exe | Sharman Networks Ltd | 10,781KB | Software |
| candymanjas@KaZaA | boston - i need your love-7.85.MP3 | Boston | 5,210KB | Audio |
| candymanjas@KaZaA | Gerry Rafferty - Right Down The Line.mp3 | Gerry Rafferty | 4,226KB | Audio |
| candymanjas@KaZaA | Brad Paisley - Alcohol.mp3 | Brad Paisley | 3,897KB | Audio |
| candymanjas@KaZaA | John Parr - Naughty, Naughty.mp3 | John Parr | 3,474KB | Audio |
| candymanjas@KaZaA | A Flock of Seagulls - Space Age Love Song.mp3 | A Flock of Seagulls | 3,542KB | Audio |
| candymanjas@KaZaA | Boston - Cool The Engines.mp3 | Boston | 4,304KB | Audio |
| candymanjas@KaZaA | Boston - We're Ready-7.2.mp3 | Boston | 3,719KB | Audio |
| candymanjas@KaZaA | Journey - When You Love A Woman.mp3 | Journey | 3,895KB | Audio |
| candymanjas@KaZaA | boston - Hollyann-7.8.mp3 | Boston | 6,138KB | Audio |
| candymanjas@KaZaA | Navajo Rug - Jerry Jeff Walker.mp3 | Jerry Jeff Walker | 2,768KB | Audio |
| candymanjas@KaZaA | Russians-Sting.mp3 | Sting_the Police | 3,744KB | Audio |
| candymanjas@KaZaA | Can You Feel the Love Tonight.wma | Elton John | 3,801KB | Audio |
| candymanjas@KaZaA | Jonny Cash - I Walk the Line.mp3 | Johnny Cash | 2,276KB | Audio |
| candymanjas@KaZaA | Movie Quotes - Office Space -Milton - Paycheck.MP3 | A+ | 854KB | Audio |
| candymanjas@KaZaA | 311 - Caress Me Baby.mp3 | Steve Miller Band | 3,124KB | Audio |
| candymanjas@KaZaA | Office Space - Car Song.mp3 | Ghetto Boys | 1,766KB | Audio |
| candymanjas@KaZaA | boston - what's your name-7.22.mp3 | Boston | 4,190KB | Audio |
| candymanjas@KaZaA | Boston - Magdalene-7.85.mp3 | Boston | 5,588KB | Audio |
| candymanjas@KaZaA | (Dan Hill)-Sometimes When We Touch.wma | Dan Hill | 1,956KB | Audio |
| candymanjas@KaZaA | Brad Paisley - Flowers On The Wall.mp3 | Brad Paisley | 1,539KB | Audio |
| candymanjas@KaZaA | Martika - Toy Soldiers.mp3 | Martika | 4,372KB | Audio |

Found 669 files | 2,317,650 users online, sharing 227,635,541 files (25,563,136 GB) | Not sharing any files

Kazaa - [Search]   _ | 6 | x

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| candymanjas@KaZaA | Martika - Toy Soldiers.mp3 | Martika | 4,379KB | Audio |
| candymanjas@KaZaA | Elton John - This Is Your Song.mp3 | 3 | 3,728KB | Audio |
| 2 Users | Peter Cetera - Look Away.mp3 | Chicago | 3,770KB | Audio |
| candymanjas@KaZaA | Peter Cetera - One Good Woman.mp3 | Peter Cetera | 4,344KB | Audio |
| candymanjas@KaZaA | Peter Cetera - If you Leave me now .mp3 | Peter Cetera | 4,097KB | Audio |
| 2 Users | Chicago - Stay The Night.mp3 | Chicago | 3,546KB | Audio |
| candymanjas@KaZaA | Climax Blues Band - I Love You.mp3 | Climax Blues Band | 7,671KB | Audio |
| candymanjas@KaZaA | Chicago - Love Me Tomorrow.mp3 | Chicago | 4,763KB | Audio |
| candymanjas@KaZaA | 09 Hard Habit to Break.wma | Chicago | 4,485KB | Audio |
| candymanjas@KaZaA | Ultravox - Vienna.mp3 | Ultravox | 4,337KB | Audio |
| candymanjas@KaZaA | Billie Holiday - "Stormy Weather.mp3 | Billie Holliday | 3,452KB | Audio |
| candymanjas@KaZaA | De135.mp3 | Michael McDonald | 4,874KB | Audio |
| candymanjas@KaZaA | 11-Chicago - Remember The Feeling.mp3 | Chicago | 4,227KB | Audio |
| candymanjas@KaZaA | Cheap Trick - Dream Police.mp3 | Cheap Trick | 3,670KB | Audio |
| candymanjas@KaZaA | totally 80s - Ghostbusters Theme.mp3 | 80's | 3,368KB | Audio |
| candymanjas@KaZaA | Oh Sherri - Steve Perry.MP3 | Steve Perry | 1,345KB | Audio |
| candymanjas@KaZaA | Audio - Barrington Levy.kpl | Barrington Levy | 1KB |  |
| candymanjas@KaZaA | Office Space - TPS Reports.mp3 | Movie Quotes | 806KB | Audio |
| candymanjas@KaZaA | REM - Pop Song 89.mp3 | REM | 2,893KB | Audio |
| candymanjas@KaZaA | comedy SNL celebrity jepordy (connery, flockheart, cage)... | Saturday Night Live | 2,711KB | Audio |
| candymanjas@KaZaA | White Lion - When the Children Cry.mp3 | White Lion | 3,042KB | Audio |
| candymanjas@KaZaA | 06 80'S-Flashdance - Maniac.mp3 | Michael Sembello | 2,859KB | Audio |
| candymanjas@KaZaA | Moody Blues - Gypsy.mp3 | Moody Blues | 3,335KB | Audio |
| candymanjas@KaZaA | Toto - Africa.mp3 | Toto | 4,645KB | Audio |
| candymanjas@KaZaA | Prince - Lets Go Crazy.mp3 | Prince | 4,350KB | Audio |
| candymanjas@KaZaA | Tubes - Shes is a Beauty.mp3 | Tubes | 3,733KB | Audio |
| candymanjas@KaZaA | 80s - Thomson Twins - Hold Me Now.mp3 | Thompson Twins | 5,051KB | Audio |
| candymanjas@KaZaA | Toto - Hold The Line.mp3 | Toto | 3,699KB | Audio |
| candymanjas@KaZaA | Wham - Freedom.mp3 | Wham! | 5,014KB | Audio |

Found 669 files | 2,317,650 users online, sharing 227,635,541 files (25,563,136 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | | | | Traffic | Shop | Tell A Friend

New search | Download | Search | | | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| candymanjas@KaZaA | Wham - Freedom.mp3 | Wham! | 5,014KB | Audio |
| candymanjas@KaZaA | 80s Metal Remix.mp3 | Rock Techno Mix | 7,808KB | Audio |
| candymanjas@KaZaA | Glass Tiger;Don't forget me.mp3 | Glass Tiger | 4,802KB | Audio |
| candymanjas@KaZaA | Someday (Glass Tiger).mp3 | A | 3,206KB | Audio |
| candymanjas@KaZaA | Elton John - Daniel's Song (2).mp3 | Elton John | 3,630KB | Audio |
| candymanjas@KaZaA | 10 Bruce Springsteen - Glory Days.mp3 | Bruce Springsteen | 3,583KB | Audio |
| candymanjas@KaZaA | Axel's Song.mp3 | Beverly Hills Cop Soundtr… | 2,842KB | Audio |
| candymanjas@KaZaA | Jan Hammer - Miami Vice Theme.mp3 | Theme | 2,283KB | Audio |
| candymanjas@KaZaA | I Know You're Out There Somewhere.mp3 | Moody Blues | 6,241KB | Audio |
| candymanjas@KaZaA | Peter Gabriel - Sledgehammer.mp3 | Peter Gabriel | 4,623KB | Audio |
| candymanjas@KaZaA | Human League - Human.mp3 | Human League | 4,138KB | Audio |
| candymanjas@KaZaA | dance party favorites - YMCA.mp3 | 80's Music | 3,311KB | Audio |
| candymanjas@KaZaA | 02 Rock It.mp3 | Herbie Hancock | 3,477KB | Audio |
| candymanjas@KaZaA | Human League - Fascination.mp3 | The Human League | 3,489KB | Audio |
| candymanjas@KaZaA | Animotion - Obsession.mp3 | Animotion | 4,672KB | Audio |
| candymanjas@KaZaA | I knew you were waiting (for me).mp3 | George Michael | 3,730KB | Audio |
| candymanjas@KaZaA | Kenny Loggins_Jim Messina - Danny's Song.mp3 | Kenny Loggins | 3,998KB | Audio |
| candymanjas@KaZaA | Godsmack - Bad Religion.mp3 | Godsmack | 3,014KB | Audio |
| candymanjas@KaZaA | David Gates - Still In Love.mp3 | Bread | 3,092KB | Audio |
| candymanjas@KaZaA | The Cult-Fire women.mp3 | The Cult | 4,856KB | Audio |
| candymanjas@KaZaA | Dan Fogelberg - Part of the Plan.wma | a | 4,642KB | Audio |
| candymanjas@KaZaA | The Cult - Painted on my Heart.wma | The Cult | 2,119KB | Audio |
| candymanjas@KaZaA | Kickstart My Heart.mp3 | Motley Crue | 3,867KB | Audio |
| candymanjas@KaZaA | Dan Fogelberg - Leader of the Band.mp3 | Dan Fogelberg | 4,034KB | Audio |
| candymanjas@KaZaA | Motley Crew - Same Old Situation.MP3 | Motley Crue | 4,905KB | Audio |
| candymanjas@KaZaA | Motly Crew - All I need.mp3 | MOTLEY CRUE | 3,244KB | Audio |
| candymanjas@KaZaA | Skid Row- Without You.mp3 | Motley Crue | 3,676KB | Audio |
| candymanjas@KaZaA | George Michael - I Want Your Sex.mp3 | George Michael | 4,399KB | Audio |
| candymanjas@KaZaA | Walking in the Rain by Neil Sedaka.wma | Unknown | 1,346KB | Audio |

Found 669 files | 2,317,650 users online, sharing 227,635,541 files (25,563,136 GB) | Not sharing any files

# Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| candymanjas@KaZaA | Walking in the Rain by Neil Sedaka.wma | Unknown | 1,346KB | Audio |
| candymanjas@KaZaA | REM - I Am Superman.mp3 | REM | 2,365KB | Audio |
| candymanjas@KaZaA | SNL Celebrity Jeopardy - Ozzy Ozbourne, Martha Stewart,... | Unknown | 4,414KB | Video |
| candymanjas@KaZaA | Theme - ESPN NHL Hockey Night.mp3 | Theme | 718KB | Audio |
| candymanjas@KaZaA | 16-Looks That Kill.mp3 | Mötley Crüe | 3,768KB | Audio |
| candymanjas@KaZaA | John Denver -- Annie's Song.mp3 | John Denver | 2,995KB | Audio |
| candymanjas@KaZaA | SNL - Celebrity Jeopardy - The Rapists.mpg | Unknown | 24,075KB | Video |
| candymanjas@KaZaA | I'd Really Love To See You Tonight .mp3 | Dan Fogelberg | 2,468KB | Audio |
| candymanjas@KaZaA | SNL - Celebrity Jeopardy - Adam Sandler, Connery, Cruise .. | Unknown | 64,007KB | Video |
| candymanjas@KaZaA | SNL - Celebrity Jeopardy(Sean Connery, Keanu Reeves, Hi.. | Unknown | 24,715KB | Video |
| candymanjas@KaZaA | Baby I'm-A Want You.mp3 | David Gates | 3,555KB | Audio |
| candymanjas@KaZaA | Will Ferrell - Celebrity Jeopardy 2.mpg | Unknown | 65,818KB | Video |
| candymanjas@KaZaA | Elton John - Madman Across the Water.mp3 | Elton John | 6,988KB | Audio |
| candymanjas@KaZaA | Cheap Trick - Surrender.wma | Cheap Trick | 2,002KB | Audio |
| candymanjas@KaZaA | REM - Orange Crush.mp3 | 3) | 3,620KB | Audio |
| candymanjas@KaZaA | Eddie Money - Shakin'.mp3 | Eddie Money | 2,908KB | Audio |
| candymanjas@KaZaA | David Gates - Guitar Man.mp3 | David Gates_Bread | 3,488KB | Audio |
| candymanjas@KaZaA | Thompson Twins - Doctor Doctor.mp3 | Thompson Twins | 4,327KB | Audio |
| candymanjas@KaZaA | Bread - Everything I Own.mp3 | Bread | 2,876KB | Audio |
| candymanjas@KaZaA | 09 - The Wasp (Texas Radio And The Big Beat).mp3 | Doors | 4,044KB | Audio |
| candymanjas@KaZaA | Moody Blues - Tuesday Afternoon.mp3 | Moody Blues | 4,568KB | Audio |
| candymanjas@KaZaA | Elton_John_-_Blue_eyes.kar | Elton John | 27KB | Audio |
| candymanjas@KaZaA | Elton John - Your Song.mp3 | Elton John | 3,787KB | Audio |
| candymanjas@KaZaA | Elton John- Tiny Dancer.mp3 | Elton John | 4,104KB | Audio |
| candymanjas@KaZaA | Elton John - Blue Eyes.mp3 | Elton John | 3,284KB | Audio |
| candymanjas@KaZaA | Your Song.mp3 | Elton John | 3,248KB | Audio |
| candymanjas@KaZaA | Retro 80's Rock - Romantics - What I Like About You.mp3 | Romantics | 2,204KB | Audio |
| candymanjas@KaZaA | Good Charlotte -The Anthem.wma | Good Charlotte | 1,393KB | Audio |
| candymanjas@KaZaA | Brad paisley - Wrapped Around (2).mp3 | Brad Paisley | 3,172KB | Audio |

12,317,650 users online, sharing 227,635,541 files (25,563,136 GB) | Not sharing any files

Found 669 files