AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### Northern District of Texas

ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and BMG MUSIC, a New York general partnership,

V.

JOHN SANCHEZ

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

3-06CV1376-G

TO:
JOHN SANCHEZ
5540 Brookview Ct
Apt D
Garland, TX 75048

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFFS' ATTORNEY

Stacy R. Obenhaus
State Bar No. 15161570
Lisa L. Honey
State Bar No. 24048550
GARDERE WYNNE SEWELL LLP
3000 Thanksgiving Tower
1601 Elm Street, Suite 3000
Dallas, Texas 75201-4761
Telephone: 214-999-3000
Facsimile: 214-999-4667

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK OF COURT

CLERK   *Thomas Drew*   DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

DATE  8-26-06

Service of the Summons and complaint was made by me[(1)]

NAME OF SERVER (PRINT)  Craig M Welch

TITLE  Texas Process Server,

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:  5540 Brookview Ct. #D  Sachse, TX 75048

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-26-06
Date

Signature of Server

5470 LBJ Dallas, TX 75240
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC., A DELAWARE CORPORATION; ET AL.,<br><br>                          Plaintiff/Petitioner<br><br>VS.<br>JOHN SANCHEZ<br><br>                        Defendant/Respondent | Hearing Date:<br><br>CAUSE NO. **3-06CV1376-G**<br><br>DECLARATION OF SERVICE OF:<br>**NOTICE TO DEFENDANT; SUMMONS; PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS; REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL RE A COPYRIGHT; CIVIL COVER SHEET; PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBITS; STANDING ORDER DESIGNATING CASE FOR ENROLLMENT IN THE ELECTRONIC CASE FILES "ECF" SYSTEM; CIVIL FILING NOTICE; TRIALS BY U.S. MAGISTRATE JUDGE INFORMATION; ELECTRONIC TRANSMISSION OF NOTICE; PRIVACY NOTICE** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **26th day of August, 2006, at 5:20 PM**, at the address of **5540 BROOKVIEW Court APT D, GARLAND**, Dallas County, **TX 75048**; this declarant served the above described documents upon **JOHN SANCHEZ,** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **JOHN SANCHEZ, Hispanic Male, 5'10" Tall, 220 lbs., late 20's, Dark hair.**

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of _TEXAS_ that the statement above is true and correct.

DATED this **31st day of August, 2006.**

_____
**CRAIG WELCH, Reg. # SC1396, Texas**


ABC's Client Name
**Holme, Roberts & Owen
RIAA (PFI)**

ORIGINAL PROOF OF SERVICE

ABC Tracking #: 4172230